# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| RAHANEEN GORDON, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:16-cv-96 |
| | * | |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Respondent. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's July 26, 2016, Report and Recommendation, dkt. no. 4, to which Petitioner Rahaneen Gordon ("Gordon") has filed Objections, dkt. no. 5. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge's Report and Recommendation, **ADOPTS** the Report and Recommendation as the opinion of the Court, and **OVERRULES** Gordon's Objections. Consequently, the Court **DISMISSES** Gordon's Petition for Writ of *Audita Querela*, or in the alternative, for a Writ of *Praecipe*, filed pursuant to 28 U.S.C. § 1651 and **DENIES** Gordon leave to appeal *in forma pauperis*. The Court **DIRECTS** the Clerk of Court

to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 22 day of August, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA